IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN BENNY CHAIRS, SR., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-cv-396-JPG-CJP |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff, John Benny Chairs, Sr.

**DATED:  February 28, 2018**

> **JUSTINE FLANAGAN,**
> **Acting Clerk of Court**
>
> **BY:    s/Tina Gray**
>          **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**